```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME  DIVISION
```

IN RE:   ANGELA K. CHAMBERS,         {   CHAPTER 13
                                     {
         DEBTOR(S)                   {   CASE NO. R20-41834-BEM
                                     {
                                     {   JUDGE   ELLIS-MONRO

## OBJECTION TO CONFIRMATION

COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (77 months).

3. The Debtor(s) has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

4. The voluntary petition fails to reflect the additional spelling of Debtor's first name as Angelia as listed on her social security card.

5. The Debtor(s)' Schedule I fails to accurately reflect payroll taxes and other deductions thereby preventing the Chapter 13 Trustee from determining the feasibility of the proposed plan, in violation of 11 U.S.C. Section 11 U.S.C. Section 1325 (a)(6).

6. The proposed Chapter 13 plan should be amended to treat the secured claim of the Georgia Department of Revenue under Section 3.2.

7. The schedules provide that Georgia Department of Revenue and the Internal Revenue Service have a secured or priority claim(s); however, the Chapter 13 Plan fails to provide for said creditor(s).

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
eds@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

January 7, 2021

                                    /s
                            K. Edward Safir, Attorney
                            for Chapter 13  Trustee
                            GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
eds@atlch13tt.com

R20-41834-BEM

**CERTIFICATE OF SERVICE**

      This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

ANGELA K. CHAMBERS
10 BROTHERS LN
APT 1018
DALTON, GA 30720-7350

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 7th  day of January, 2021



      /s/
_____
K. Edward Safir, Esq.
Standing Chapter 13 Trustee
GA Bar No. 622149




Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
eds@atlch13tt.com